UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL THOMAS HAYNIE, | Case No. 1:20-cv-00457-NONE-JDP |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | |
| E. LILJOHN, | June 8, 2020 at 2:00 p.m. |
| Defendant. | |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court will hold a telephonic status conference on June 8, 2020 at 2:00 p.m. before Magistrate Judge Jeremy Peterson. This case, filed on October 23, 2018, was recently transferred to the Fresno Division. The dispositive motions deadline has passed, and plaintiff has filed his pretrial statement. The parties should be prepared to discuss whether they are interested in a settlement conference, whether the case would benefit from another opportunity to brief dispositive motions, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly,

1. The court will hold a telephonic status conference on June 8, 2020, at 2:00 p.m. (dial-in number: 1-888-204-5984; passcode: 4446176) to discuss matters identified above.
2. Plaintiff must make arrangements with staff at his institution of confinement for his

1       attendance at the conference.

2       a. Plaintiff's institution of confinement must make plaintiff available for the
3           telephonic conference.
4       b. Before the conference, defense counsel must confirm with plaintiff's
5           institution of confinement that arrangements have been made for plaintiff's
6           attendance.
7       c. The clerk is directed to send a copy of this order to the litigation
8           coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   May 11, 2020                           /s/ Jeremy Peterson
                                                  UNITED STATES MAGISTRATE JUDGE

No. 204.