UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL THOMAS HAYNIE, | Case No. 1:20-CV-000457-NONE-HBK (PC) |
| Plaintiff, | |
| v. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| E. LILJOHN, | |
| Defendant. | |

This matter comes before the Court upon review of the file recently reassigned to the undersigned. Plaintiff, Donnell Thomas Haynie, is proceeding *pro se* and is currently confined at the California Correctional Institution ("CCI"). On July 10, 2020, Magistrate Judge Peterson issued an order scheduling this case for a settlement conference before Magistrate Judge Thurston to occur on December 11, 2020 at 9:00 a.m. by Zoom video conference (ECF No. 54.)

Because Plaintiff is a necessary and material witness for this settlement conference and he remains confined in CCI, specifically in the custody of the Warden, this Court issues a Writ of Habeas Corpus Ad Testificandum commanding the Warden of CCI to produce Plaintiff Donnell Thomas Haynie before Magistrate Judge Jennifer L. Thurston, by Zoom video conference, from his place of confinement, on Friday, December 11, 2020 at 9:00 a.m.

Accordingly, it is hereby **ORDERED**:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the **Warden of California Correctional Institution** to produce inmate **Donnell Thomas Haynie**, by Zoom video conference, to participate in a settlement conference on Friday, December 11, 2020, at 9:00 a.m., until completion of the settlement conference.

2. The Deputy Attorney General, David Goodwin, shall provide the Litigation Office at CCI the video conference connection information.

3. The CCI custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The **Clerk of the Court** is directed to serve a copy of this order by email on the **Litigation Office at California Correctional Institution**.

5. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Susan Hall, Courtroom Deputy for the Hon. Jennifer L. Thurston, Chief United States Magistrate Judge at shall@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Correctional Institution, P.O. Box 1031, Tehachapi, California 93581:**

**WE COMMAND** you to produce the inmate named above for a settlement conference taking place before Judge Thurston at the time and place above, by Zoom video conference, until completion of the settlement conference.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   December 2, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | CC: Hon. Jennifer L. Thurston<br>DAG- David Goodwin |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |