UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HAYNIE,<br><br>           Plaintiff,<br><br>      v.<br><br>E. LILJOHN, ET AL.,<br><br>           Defendants. | Case No.: 1:20-cv-00457 JLT BAK<br><br>ORDER RE PENDING RECUSAL |

This matter was reassigned recently to the undersigned. The undersigned conducted a settlement conference in this case in the past, during which confidential information was imparted. Consequently, the undersigned intends to recuse from this case, unless the parties waive the disqualification via a written stipulation. Therefore, the Court **ORDERS**:

1.   If they wish to waive the disqualification, they must file a waiver **no later than January 31, 2022**.

///
///
///
///
///

1

2.  If the parties choose not to waive the disqualification[1], they need not take any action and the Court will issue a recusal order after January 31, 2022.

IT IS SO ORDERED.

Dated:  **January 11, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] Absolutely no adverse consequences will result no matter how the parties decide to proceed.